UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON DECKER,<br>Plaintiff,<br>v.<br>MONKEY TAPS, LLC,<br>Defendant. | Case No. 2:26-cv-04058-FLA (PDx)<br>**ORDER DENYING STIPULATION TO STAY CASE PENDING MEDIATION [DKT. 15]** |

On July 28, 2026, the parties filed a Stipulation to Stay the Case Pending Mediation ("Stipulation"). Dkt. 15. The parties request the court stay the action since they "have agreed to explore the possibility of settlement and have agreed to mediate the case in the near term...." *Id.* at 2.

A district court has discretionary authority to stay proceedings. *Lockyer v. Mirant Corp*., 398 F.3d 1098, 1109 (9th Cir. 2005). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The court "may order a stay of the action pursuant to its power to control its docket and calendar and to

provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including "the possible damage which may result," "the hardship or inequity which a party may suffer in being required to go forward," and "the orderly course of justice[.]" *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962).

The parties' intention to mediate this action on an unspecified date or time does not warrant staying the case. Mediation is a non-binding method of dispute resolution that seeks to help litigants voluntarily reach their own agreement. Despite the parties' good intentions, there is no guarantee this action will be resolved during the requested indefinite stay. In the interim, the interests of justice and efficiency will be undermined.

The court, having considered the Stipulation and finding a lack of good cause, hereby DENIES the Stipulation.

IT IS SO ORDERED.

Dated: July 30, 2026

FERNANDO L. AENLLE-ROCHA
United States District Judge